# EXHIBIT A

Case 1:25-cv-02236-MKB-CHK    Document 1-1    Filed 04/22/25    Page 2 of 4 PageID #: 6

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

------------------------------------------------------------------------x

SHENGMENG WANG,

                                         Plaintiff,

                    -against-

CHUNG FAT SUPERMARKET INC., YUE MEI JIANG,
ZHI LIANG CHEN, XUE FENG JIANG, and XINYU
JIANG,

                                     Defendants.

------------------------------------------------------------------------x

Date Filed: <u>March 6, 2025</u>

Index No. _____

**SUMMONS**
**WITH NOTICE**

**TO THE ABOVE NAMED DEFENDANT:**

       You are hereby summoned and required to serve a notice of appearance or a demand for a complaint on the plaintiff at the address stated below.

       If this summons with notice was personally delivered to you in the State of New York, you must serve the notice of appearance within 20 days after such service, excluding the day of service. If this summons was not personally delivered to you in the State of New York, you must serve the notice of appearance within 30 days after service of the summons is complete, as provided by law.

       **Notice:** The nature of this action is violations of New York Labor Law, violations of 26 USC § 7434, violations of NYSHRL, torts, and other related causes of action.

       The relief sought is damages to be determined at trial to be no less than $1,000,000.

-1-

-2-

If you do not appear within the applicable time limitation stated above, a judgment will be entered against you by default for the sum of no less than $1,000,000, with interest from the date of this summons with notice and the costs of this action.

Plaintiff designates Queens County as the place of trial based on Plaintiff's residence and Defendants' principal place of business.

Dated: Lake Success, NY
      March 6, 2025

By:  /s/ James Scott Yoh
     James Scott Yoh
     *Attorneys for Plaintiff*
     3000 Marcus Avenue, Suite 3W8
     Lake Success, NY 11042-1073
     (516) 303-1350

**Defendants' Addresses:**

Zhi Liang Chen
c/o Chung Fat Supermarket
41-82 Main Street
Flushing, NY 11355

Yue Mei Jiang
c/o Chung Fat Supermarket
41-82 Main Street
Queens, NY 11355

Xue Feng Jiang
c/o Chung Fat Supermarket
41-82 Main Street
Queens, NY 11355

-2-

Case 1:25-cv-02236-MKB-CHK    Document 1-1    Filed 04/22/25    Page 4 of 4 PageID #: 8

Xinyu Jiang
c/o Chung Fat Supermarket
41-82 Main Street
Queens, NY 11355

Chung Fat Supermarket, Inc.
41-82 Main Street
Queens, NY 11355

-3-