# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-------------------------------------------------------- X

SHENGMENG WANG,                                       :

                        Plaintiff,                    :        Index No. 706398/2025

        -against-                                     :        **AFFIRMATION PROVIDING NOTICE
                                                      :        TO STATE COURT OF REMOVAL
                                                      :        TO FEDERAL COURT**

CHUNG FAT SUPERMARKET INC., YUE                       :
MEI JIANG, ZHI LIANG CHEN, XUE                        :
FENG JIANG, and XINYU JIANG,                          :

                        Defendants.                   :

-------------------------------------------------------- X

    **KEVIN K. YAM,** an attorney admitted to practice before the courts of the State of New

York, affirms, under the penalty of perjury and pursuant to Rule 2106 of the New York Civil

Practice Law and Rules as follows:

    1.      I am an attorney with the law firm of Littler Mendelson, P.C., 900 Third Avenue,

7th Floor, New York, New York 10022-3298, counsel for Defendants Chung Fat Supermarket

Inc., Yue Mei Jiang, Xue Fen Jiang,[1] and Xinyu Jiang in the above-captioned action.

    2.      I submit this affirmation and the annexed Notice of Removal, filed on April 22,

2025, to inform the Court that, on this date, the above-captioned action was removed to the United

States District Court for the Eastern District of New York. A copy of said Notice of Removal

(without exhibits), is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), this state

court action shall proceed no further unless and until the case is remanded.

---

[1] Defendant Xue Fen Jiang is misnamed in the caption of this action as "Xue Feng Jiang."

Dated: New York, New York
       April 22, 2025

                       LITTLER MENDELSON, P.C.


                     By: */s/ Kevin K. Yam*
                         Kevin K. Yam
                         Vinay D. Patel
                         900 Third Avenue
                         New York, NY  10022.3298
                         Telephone:  212.583.9600
                         Facsimile:  212.832.2719

                         Attorneys for Defendants
                         *Chung Fat Supermarket Inc., Yue Mei*
                         *Jiang, Xue Fen Jiang and Xinyu Jiang*



cc:     James Scott Yoh, Esq.
         3000 Marcus Avenue, Suite 3W8
         Lake Success, NY 11042-1350
         Attorneys for Plaintiff