UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SHENGMENG WANG,

        Plaintiff,

  -against-

CHUNG FAT SUPERMARKET INC., YUE MEI JIANG, ZHI LIANG CHEN, XUE FENG JIANG, and XINYU JIANG,

        Defendants.

------------------------------------------------------- X

**NOTICE OF APPEARANCE**

No. 1:25-cv-02236

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants CHUNG FAT SUPERMARKET INC., YUE MEI JIANG, XUE FEN JIANG (misnamed in the caption as "XUE FENG JIANG"), and XINYU JIANG, (collectively "Company Defendants") in the above-captioned action. Contact information for the undersigned counsel for the Company Defendants is as follows:

Vinay Patel
Littler Mendelson, P.C.
900 Third Avenue – 8th Floor
New York, New York 10022
212.583.2692
vpatel@littler.com

    Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated: New York, New York
April 22, 2025

/s/ *Vinay Patel*
Vinay Patel
LITTLER MENDELSON, P.C.
900 Third Avenue – 8th Floor
New York, New York 10022.3298
212.583.2692
vpatel@littler.com

*Attorneys for Defendants*
*Chung Fat Supermarket Inc., Yue Mei Jiang,*
*Xue Fen Jiang and Xinyu Jiang*