# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 25-CV-02236-MKB-PK

Date Filed: 7/16/2025

Plaintiff: **SHENGMENG WANG**

vs.

Defendants: **CHUNG FAT SUPERMARKET INC…, YUE MEI JIANG, ZHI LIANG CHEN, XUE FEN JIANG, and XIN XIN CHIANG,**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Ms. Yue Mei Jiang, 1570 Old Cedar Swamp Road, Brooksville, NY 11545.**

I, Alan Feldman, do hereby affirm that on the **17th day of July, 2025** at **2:02 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil Action with Complaint** with **Jessica Xu** the **Daughter**, at **1570 Old Cedar Swamp Road, Brooksville, NY 11545**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in a Civil Action with Complaint** in a postpaid envelope addressed to: **Ms. Yue Mei Jiang** at **1570 Old Cedar Swamp Road, Brooksville, NY 11545** and bearing the words "Personal & Confidential" by First Class Mail on **7/17/2025** and placed in an official depository of the U.S.P.S. in the State of New York

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Perceived Description** of Person Served: Age: 32, Gender: F, Race: Asian, Height: 5'5", Weight: 125, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

_____
Alan Feldman
2058467

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025016855

