UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHENGMENG WANG,

            Plaintiff,

-v-

CHUNG FAT SUPERMARKET INC., YUE MEI JIANG, ZHI LIANG CHEN, XUE FEN JIANG, and XIN XIN CHIANG,

            Defendants.

Case No. 1:25-cv-02236-MKB-PK

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Zhi Liang Chen, in the above-captioned action. Contact information for the undersigned counsel for Defendant Zhi Liang Chen is as follows:

Terrence J. Worms, Esq.
Law Office of Terrence J. Worms, P.C.
38-08 Union Street, Suite 12B
Flushing, NY 11354
718-358-8787
wormsesq@gmail.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated:     August 5, 2025

**LAW OFFICE OF TERRENCE J. WORMS, P.C.**

By: _____
      Terrence J. Worms, Esq.
*Attorneys for Defendant Zhi Liang Chen*
38-08 Union Street, Suite 12B
Flushing, New York 11354
(718) 358-8787 Tel
(646)390-9275 Fax