# JAMES SCOTT YOH
**Attorney and Counselor at Law**
**3000 MARCUS AVENUE, SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**TELEPHONE (917) 719-5388**
**FACSIMILE (516) 328-0082**

Author: James Yoh Scott
Direct E-Mail Address: yohlaw@gmail.com
Direct Dial: (516) 303-1360

August 7, 2025

**VIA ECF**
Honorable Margo K. Brodie
Chief U.S. District Judge
U.S. District Court- EDNY
225 Cadman Plaza East,
Brooklyn, NY 11201

Re: **Shengmeng Wang v. Chung Fat Supermarket Inc. et al.**
**Case No. 1:25-CV-02236**

Dear Chief Justice Brodie:

We represent the plaintiff in the above-captioned action. Pursuant to the Court's Individual Practices and Rules 1.F, we write, with Defendants' consent, to respectfully request an extension of Plaintiff's time to respond to Defendants' request for a pre motion conference concerning an anticipated motion to dismiss (ECF No. 25). Currently, Plaintiff's deadline to respond is set for August 11, 2025, and Plaintiff requests that it be extended to August 25, 2025.

There is good cause for this request. Due to previously scheduled summer travel plans, Plaintiffs' counsel will be unable to provide a response to Defendants' request for a pre-motion conference. The additional time requested will permit Plaintiff's counsel to return from travel and draft an appropriate response, without having to interfere with travel schedules.

As set forth above, all parties agree to this extension. This is Plaintiff's first request for an extension in this matter.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ James Scott Yoh
James Scott Yoh, Esq.

cc: All counsel of record via ECF