# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**(516) 328-8899**
**(516) 328-0082**

Author: Joseph M. Labuda - Member
Direct E-Mail Address: Joe@mllaborlaw.com
Telephone Number: (516) 328-8899

August 29, 2025

**VIA ECF**

Hon. Chief Judge Margo K. Brodie
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Wang v. Chung Fat Supermarket Inc. et al.*, **Case No: 25-CV-02236 (MKB)(PK)**

Dear Chief Judge Brodie:

This firm represents Plaintiff in the above-captioned action. This letter shall serve as Plaintiff's position as to why Xinyu Jiang ("Xinyu") should not be dismissed as a defendant and to request leave to serve him with the Complaint.

Plaintiff's claims of, *inter alia*, retaliation in violation of the NYSHRL and unpaid overtime were initially brought in New York State Court by filing a Summons with Notice on March 6, 2025. This summons named Xinyu as a defendant.

Subsequently, on April 22, 2025, counsel for defendants Chung Fat Supermarket Inc. ("Chung Fat"), Yue Mei Jiang, Xue Feng Jiang, Xinyu and Xin Xin Chiang (collectively, "Corporate Defendants") filed a Notice of Removal to federal court (ECF Doc No. 1). On June 6, Corporate Defendants filed a motion for a premotion conference concerning an anticipated motion to dismiss the complaint (ECF Doc No. 9), which the Court denied citing that Plaintiff still had ample time to file a timely complaint.

Shortly thereafter, on July 15, Plaintiff filed a Complaint (ECF Doc No. 14). Due to inadvertent oversight, Xinyu was not listed as a defendant on the Complaint and was not served. Plaintiff will be amending the Complaint to fix, *inter alia*, this inadvertent error and serve Xinyu with the Complaint so this litigation may proceed against him on the merits.

Xinyu is a pivotal defendant in this action. Plaintiff's counsel recently discovered via deposition testimony in a related matter[1] that Xinyu is the general manager of Chung Fat. Here, Plaintiff is alleging retaliation for assisting a female cashier who complained of being subjected to unwanted and unconsented sexual abuse. Xinyu's direct involvement in this retaliatory conduct makes his participation in this case essential.

---

[1] Index No. 726022. Plaintiff's counsel is representing Zhao Zhang Shun ("Zhang") in a New York State Queens County action against Chung Fat, Zhi Liang Chen ("Chen"), Chiang and Feng. Zhang was a cashier employed by Chung Fat and alleges that while in the basement, Chen grabbed her and put his hands down her pants. These actions were recorded on video.

1

      Further, it should be noted that, notwithstanding Plaintiff's oversight, the Parties have conducted this litigation under the clear assumption that Xinyu is a named defendant. This is evidenced by Corporate Defendants identifying him as a defendant in their letter to the Court seeking a premotion conference.

      Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        /s/ Joseph M. Labuda, Esq.

cc:     all counsel of record (via ECF)