

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

Kevin K. Yam
Shareholder
212.583.2674 direct
212.583.9600 main
kyam@littler.com

December 4, 2025

**VIA ECF AND EMAIL**
Joseph M. Labuda
joe@mllaborlaw.com
Kadeem N. Harper
kharper@mllaborlaw.com
Milman Labuda Law Group PLLC
3000 Marcus Avenue Suite 3w8
Lake Success, NY 11042

James S. Yoh
yohlaw@gmail.com
The Law Firm of James Scott Yoh
3000 Marcus Avenue Suite 3w8
Lake Success, NY 11042

**COURTESY COPY VIA ECF**
Hon. Margo K. Brodie
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Wang v. Chung Fat Supermarket Inc. et al.*, Case No. 25-CV-02236 (MKB) (CHK)

Dear Messrs. Labuda, Yoh, and Harper:

As you know, this firm represents Defendants Chung Fat Supermarket Inc., Yue Mei Jiang, Xue Fen Jiang, Xinyu Jiang, and Xin Xin Chiang in the above-referenced action. Pursuant to Judge Brodie's Individual Rule 3.D, and in connection with Defendants' motion to dismiss the Amended Complaint, filed jointly with Defendant Zhi Liang Chen, please find enclosed:

1. Defendants' Notice of Motion;

2. Defendants' Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Amended Complaint; and

Hon. Margo K. Brodie
December 4, 2025
Page 2

3. The Declaration of Kevin K. Yam in Support of Defendants' Joint Motion to Dismiss the Amended Complaint, dated December 4, 2025, with supporting Exhibits A-C.

Sincerely,

*/s/ Kevin K. Yam*

Kevin K. Yam

Attachments

CC: Terrence J. Worms – via ECF and email (wormsesq@gmail.com)
Vinay D. Patel – via ECF and email (vpatel@littler.com)