# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**(516) 328-8899**
**(516) 328-0082**

Author: Joseph M. Labuda Esq. - Partner
Direct E-Mail Address: Joe@mllaborlaw.com
Office: (516) 328-8899

December 12, 2025

**VIA ECF**

Hon. Chief Judge Margo K. Brodie
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Wang v. Chung Fat Supermarket Inc. et al.*, **Case No: 25-CV-02236 (MKB)(CHK)**

Dear Chief Judge Brodie:

     Plaintiff Shengmeng Wang ("Wang"); Defendants Chung Fat Supermarket Inc. ("Chung Fat"), Yue Mei Jiang, Xue Fen Jiang, Xinyu Jiang, Xin Xin Chiang, and Zhi Liang Chen (collectively, "Defendants") write jointly in response to the Court's Order dated October 14, 2025. The Order required Wang to file "a letter confirming that he has filed a demand for arbitration."

     The Parties are currently engaging in ongoing settlement discussions; therefore, Wang has not yet filed a demand for arbitration. Wang will file a letter with the Court on or before January 12, 2026, advising whether a demand for arbitration has been filed.

     Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Joseph M. Labuda, Esq.*