**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**(516) 328-8899**
**(516) 328-0082**

January 5, 2026

**VIA ECF**

Hon. Chief Judge Margo K. Brodie
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Wang v. Chung Fat Supermarket Inc. et al.*, Case No: 25-CV-02236 (MKB)(PK)**

Dear Chief Judge Brodie:

Milman Labuda Law Group represents Plaintiff Shengmeng Wang in the above-captioned action. Pursuant to the Court's Individual Practices and Rules 1.F, we write, with Defendants' consent, to respectfully request an extension of Plaintiff's time to respond to Defendants' motion to dismiss. Currently, Plaintiff's deadline to respond is set for January 5, 2026, and Plaintiff requests that it be extended to January 12, 2026.

There is good cause for this request. Due to previously scheduled holiday travel plans, Plaintiff's counsel will be unable to provide a response to Defendants' motion to dismiss. The additional time requested will permit Plaintiff's counsel to return from travel and draft an appropriate response, without having to interfere with travel schedules.

As set forth above, all parties agree to this extension. This is Plaintiff's first request for an extension of his time to respond to Defendants' motion to dismiss.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Joseph M. Labuda, Esq.*
Joseph M. Labuda
Milman Labuda Law Group PLLC
*Attorney for Plaintiff Shengmeng Wang*

cc: all counsel of record (via ECF)