**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**(516) 328-8899**
**(516) 328-0082**

**Author: Joseph M. Labuda Esq. - Partner**
**Direct E-Mail Address: Joe@mllaborlaw.com**
**Office: (516) 328-8899**

January 12, 2026

**VIA ECF**

Hon. Chief Judge Margo K. Brodie
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Wang v. Chung Fat Supermarket Inc. et al., Case No: 25-CV-02236 (MKB)(CHK)**
**MLLG File No. 119-23(A)**

Dear Chief Judge Brodie:

Plaintiff Shengmeng Wang ("Wang") writes in response to the Court's Order dated October 14, 2025. The Order required Wang to file "a letter confirming that he has filed a demand for arbitration." Thereafter, on December 12, 2025, the Parties wrote jointly to the Court stating that they were engaging in settlement discussions and Wang would file a letter with the Court on January 12, 2026 stating whether a demand for arbitration had been filed.

Wang engaged in good faith settlement discussions with Defendants; however, an agreement has not been reached. Accordingly, Wang plans to file a demand for arbitration on or before January 26, 2026.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Joseph M. Labuda, Esq.*