

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

Kevin K. Yam
Shareholder
212.583.2674 direct
212.583.9600 main
kyam@littler.com

January 15, 2026

**VIA ECF**
Hon. Margo K. Brodie
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Wang v. Chung Fat Supermarket Inc. et al.*, Case No. 25-CV-02236 (MKB) (CHK)

Dear Chief Judge Brodie:

This firm represents Defendants Chung Fat Supermarket Inc., Yue Mei Jiang, Xue Fen Jiang, Xinyu Jiang, and Xin Xin Chiang in the above-referenced action. We write with the consent of all parties to clarify the date when Defendants' reply in further support of their motion to dismiss is due to be served and when all motion papers must be filed on the docket.

On October 14, 2025, the Court issued an Order setting a schedule for Plaintiff to file an amended complaint and a briefing schedule for Defendants' motion to dismiss. The Court's Order states, "defendants' replies, if any, must be served within 21 days after plaintiff serves his opposition to the motion. As a courtesy to the Court, the parties have agreed to electronically file their respective motion papers after the motions are fully briefed." 10/14/2025 Dkt. Entry. On January 6, 2026, the Court granted Plaintiff's request for a one-week extension of time to serve their opposition papers, and such papers were served on January 12, 2026. Therefore, Defendants' reply should be due 21 days later, on February 2, 2026, and all motion papers will be filed on that date.

Sincerely,

*/s/ Kevin K. Yam*

Kevin K. Yam