

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

Kevin K. Yam
Shareholder
212.583.2674 direct
212.583.9600 main
kyam@littler.com

February 2, 2026

**VIA ECF AND EMAIL**
Joseph M. Labuda
joe@mllaborlaw.com
Kadeem N. Harper
kharper@mllaborlaw.com
Milman Labuda Law Group PLLC
3000 Marcus Avenue Suite 3w8
Lake Success, NY 11042

James S. Yoh
yohlaw@gmail.com
The Law Firm of James Scott Yoh
3000 Marcus Avenue Suite 3w8
Lake Success, NY 11042

**COURTESY COPY VIA ECF**
Hon. Margo K. Brodie
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Wang v. Chung Fat Supermarket Inc. et al.*, Case No. 25-CV-02236 (MKB) (CHK)

Dear Messrs. Labuda, Yoh, and Harper:

As you know, this firm represents Defendants Chung Fat Supermarket Inc., Yue Mei Jiang, Xue Fen Jiang, Xinyu Jiang, and Xin Xin Chiang in the above-referenced action. In connection with Defendants' motion to dismiss the Amended Complaint, filed jointly with Defendant Zhi Liang Chen, please find enclosed: Defendants' Reply Memorandum of Law in Further Support of Defendants' Joint Motion to Dismiss the Amended Complaint.

As per Chief Judge Brodie's Individual Rule 3.D, Defendants will electronically file their moving papers today, and Plaintiff is expected to file his opposition papers as well.

Hon. Margo K. Brodie
February 2, 2026
Page 2

Sincerely,

*/s/ Kevin K. Yam*

Kevin K. Yam

Attachments

CC:   Terrence J. Worms – via ECF and email (wormsesq@gmail.com)
      Vinay D. Patel – via ECF and email (vpatel@littler.com)

littler.com