**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**(516) 328-8899**
**(516) 328-0082**

**Author: Joseph M. Labuda Esq. - Partner**
**Direct E-Mail Address: Joe@mllaborlaw.com**
**Office: (516) 328-8899**

February 20, 2026

**VIA ECF**

Hon. Chief Judge Margo K. Brodie
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Wang v. Chung Fat Supermarket Inc. et al., Case No: 25-CV-02236 (MKB)(CHK)**
**MLLG File No. 119-23(A)**

Dear Chief Judge Brodie:

Plaintiff Shengmeng Wang ("Wang") respectfully objects to Defendants' post-return date filing. On October 14, 2025, the Court adopted the parties' proposed briefing schedule (ECF No. 37), which required Defendants to serve any reply in further support of their motion to dismiss within twenty-one (21) days of Wang's opposition. Wang served his opposition on January 12, 2026; therefore, Defendants' reply was due by February 2, 2026.

Defendants timely filed their reply on February 2, 2026 (ECF No. 50), but subsequently filed additional materials on February 5, 2026 (ECF No. 52), which were untimely and not authorized by the Court's scheduling order.

The authorities cited by Defendants are distinguishable. Accordingly, Wang respectfully requests that the Court disregard Defendants' post-return date submission. If the Court so requests, Wang will submit a brief response explaining why Defendants' cited authority is inapposite.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Joseph M. Labuda, Esq.*